**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARK S. CORY                                             Chapter 13

               Debtor                              Bankruptcy No. 14-17619-MDC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this ___12Th___ day of ___March___, 2015 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                    _____
                                      Magdeline D. Coleman
                                      Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
MICHAEL WILLIAM GALLAGHER
401 W JOHNSON ST
SUITE 4
NORRITON, PA 19401-

Debtor:
MARK S. CORY

931 WEDGEWOOD DRIVE

LANSDALE, PA 19446